UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAI NGUYEN,

               Petitioner,

    v.

PAMELA BONDI, *et al.*,

               Respondents.

Case No. C26-460-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Petitioner filed a motion requesting $11,630.70 in attorneys' fees. (Dkt. # 12.) Respondents do not oppose an award of fees but argue it should be reduced to $6,500.00. (Dkt. # 14.) In reply, Petitioner proposes a compromise amount of $9,692.25. (Dkt. # 15.) The Court appreciates the parties' willingness to modify their positions. The briefing, however, illustrates why this Court's chambers procedures require parties to meet and confer prior to filing a motion. *See* https://www.wawd.uscourts.gov/judges/peterson-procedures (last visited June 17, 2026). Accordingly, the parties are ORDERED to meet and confer regarding the substance of the

MINUTE ORDER - 1

motion. The parties are ORDERED to file a stipulated motion if they are able to agree, or a status report if they are unable to agree, by **June 23, 2026**.

Dated this 17th day of June, 2026.

Joshua C. Lewis
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2